The Joint Appendix of Exhibits to Defendants' Motion for Summary Judgement will be delivered in hard copy to the Clerk's Office and to Chambers.