UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Amanda GERACI, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 14-cv-5264 |
| CITY OF PHILADELPHIA; et al., | ) |
| *Defendants*. | ) |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff and defendants hereby stipulate to the dismissal of Plaintiff's Fourth Amendment claims for excessive force against Officer Brown, Officer Barrow, Officer Jones, and Officer Smith. Count II of the Complaint is hereby **DISMISSED** from the above-captioned action. Each party is to bear its own costs.

Dated February 24, 2016

For Plaintiff:

*/s/ Molly Tack-Hooper*
Molly Tack-Hooper
American Civil Liberties Union of Pennsylvania
P.O. Box 60173
Philadelphia, PA 19102
(215) 592-1513 x 113

For Defendants:

*/s/ John Coyle*
John Coyle
City of Philadelphia Law Department
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5447